**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-cr-00175-KJD-RJJ |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| FRANK FREEMAN, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the United States Department of Parole and Probation will prepare a Pre-Plea Pre-Sentence Investigation Report on Defendant FRANK FREEMAN.

DATED this __2nd__ day of __November__, 2012.

_____
UNITED STATES DISTRICT JUDGE